# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

DEREK SWEET,

    Plaintiff,

v.

JOHN TROST, *et al.*,

    Defendants.

Case No. 3:18-cv-00097-JPG-MAB

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

**IT IS HEREBY ORDERED AND ADJUDGED** that this matter is **DISMISSED WITHOUT PREJUDICE**.

DATED: May 22, 2019

          **MARGARET M. ROBERTIE,**
          Clerk of Court

          BY:   s/Tina Gray
                Deputy Clerk

**Approved:**
**s/ *J. Phil Gilbert***
**J. Phil Gilbert**
**U.S. District Judge**